UNITED STATES DISTRICT COURT
for the
DISTRICT OF MARYLAND

| | |
|---|---|
| United States of America<br>v.<br><br>Karen Marie Tapponnier<br>*Defendant* | )<br>)<br>)<br>)  Case No. 20-MJ-0784CBA<br>)<br>)<br>) |

### AFFIDAVIT IN SUPPORT OF THE CRIMINAL COMPLAINT

I, James R. Sliker, being duly sworn, state the following:

1. I am a Special Agent currently working for the U.S. Army Criminal Investigation Division, Aberdeen Proving Ground, Maryland. I have been employed in this position since September of 2018.

2. Aberdeen Proving Ground (APG) is a military installation falling within the special maritime and territorial jurisdiction of the United States. My responsibilities include investigating various crimes that are reported on the installation.

3. This affidavit is intended to provide probable cause in support of a complaint against **KAREN MARIE TAPPONNIER** (Ms. Tapponnier) and does not contain all the evidence known to me. It is based upon my personal observations, review of documents, and information provided to me by other law enforcement or security officers. The information that follows is true to the best of my knowledge and belief.

### SUMMARY OF FACTS SUPPORTING PROBABLE CAUSE

4. On 21 June, 2019, at approximately 1:12 am I received a call from the APG Police desk asking me to respond to Building E5014 on APG near the Hoadley Gate access point of

APG-South, in response to the discovery of a suspected controlled substance. Upon arriving at the scene, I met with APG Police Officer Fitzgerald who stated a black Toyota Camry was stopped for a Random Anti-Terrorism Measures inspection, and that several clear capsules containing an unknown white powdery substance were discovered during the inspection.

5. The driver, who was the sole occupant of the vehicle, was identified as Karen Marie Tapponnier by her Military Identification card.

6. I searched the vehicle and collected approximately seven capsules which contained an unknown white powdery substance, and one straw containing white residue. I personally sent these items to the United States Army Criminal Investigation Laboratory (USACIL). USACIL test results for both the white powdery substance and straw were positive for fentanyl, a Schedule II controlled substance.

**OFFENSES**

7. Based upon the foregoing, I submit there is probable cause to believe that on or about 21 June 2019, in Harford County Maryland, in the District of Maryland, Ms. Tapponnier committed the following offenses:

   a. Simple Possession of a Controlled Substance, in violation of 21 U.S.C. § 844, a Class A Misdemeanor; and

   b. Possession of Drug Paraphernalia, in violation of 18 U.S.C. § 13 (Assimilated Crimes Act) and Maryland Criminal Code § 5-619, an infraction.

## CONCLUSION

8. I hereby certify that the above affidavit is true to the best of my knowledge and belief.

_____
James R. Sliker
Special Agent
U.S. Army Criminal Investigation
  Division

Sworn to before me, this 5th day of March, 2020.

_____
C. Bruce Anderson
United States Magistrate Judge